# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MARIE CRUZ,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant | Case No.: 1:18-cv-00294-EPG<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND**<br><br>(ECF NO.11) |

Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to file a Motion for Summary Judgment/Remand (ECF No. 11), and finding that good cause exists for granting the requested extension of time, the request is hereby APPROVED.

Plaintiff shall file her Motion for Summary Judgment/Remand on or before November 14, 2018. All other dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: **October 15, 2018**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE