# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MARIE CRUZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:18-cv-00294-EPG<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR** |

On January 24, 2019, the Court issued a minute order setting the hearing on Plaintiff's Social Security Appeal for April 11, 2019, at 2:00 p.m. (ECF No. 17.) On April 11, 2019, at 2:00 p.m., counsel for Plaintiff, Betsy Shepherd, appeared telephonically. However, counsel for Defendant failed to appear.

Accordingly, Counsel for Defendant is ORDERED TO SHOW CAUSE why this Court should not impose sanctions for failure to appear at the April 11, 2019, hearing. Counsel shall respond to this Order to Show Cause, in writing, no later than **April 18, 2019**. Failure to respond to this Order to Show Cause may result in the imposition of sanctions.

After receiving Defendant's response, the Court may reschedule the hearing.

IT IS SO ORDERED.

　　Dated: **April 15, 2019**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE