# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MARIE CRUZ,<br><br>                Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. 1:18-cv-00294-EPG<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AND RESETTING HEARING**<br><br>(ECF Nos. 22, 23) |

On April 15, 2019, the Court issued an order to show cause (ECF No. 22), requiring Defendant, Commissioner of Social Security, to show cause why sanctions should not be imposed for Defendant's failure to appear at the April 11, 2019, hearing. Defendant has filed a response, apologizing for the failure to appear and explaining that Defendant's counsel inadvertently failed to calendar the April 11, 2019, hearing, and was on leave at the time of the hearing and unaware that she was missing the hearing. (ECF No. 23.) Defendant's counsel further states that she will make every effort to ensure that this does not happen again in the future. (*Id.*)

In light of this explanation, the Court will discharge the order to show cause and reset the matter for hearing.

\\\

1

1    IT IS ORDERED that the order to show cause (ECF No. 22) is DISCHARGED.

2    Oral argument on Plaintiff's appeal of the decision by the Commissioner of Social Security
3    denying benefits is reset to **May 7, 2019, at 9:30 a.m.** in Courtroom 10 (EPG) before Magistrate
4    Judge Erica P. Grosjean. Although personal appearance is encouraged, telephonic appearance is
5    granted to anyone not within one hour of the Court, with said party(ies) to use the following dial-
6    in number and passcode: 1-888-251-2909; passcode 1024453. The parties should be prepared to
7    address all arguments raised in Plaintiff's briefing with citations to the record. The parties should
8    set aside one hour for the argument.

IT IS SO ORDERED.

Dated:   **April 17, 2019**            /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE